IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, as subrogee of
PANATTONI INVESTMENTS, LLC                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 2:09CV200-B-S

BRANDENBURG INDUSTRIAL SERVICE
COMPANY                                                        DEFENDANT

**AGREED ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Upon agreement by the plaintiff, Travelers Property Casualty Company of America, as subrogee of Panattoni Investments, LLC, and defendant, Brandenburg Industrial Service Company, it is hereby ORDERED that the deadline for the herein named defendant to respond to discovery, including Interrogatories, Requests for Admission and Requests for Production of Documents, is extended two weeks up and through June 3, 2010.

SO ORDERED, this the 18th day of May, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE
DAVID A. SANDERS